TASHA PARIS CHALFANT, SBN 207055
Attorney at Law
5701 Lonetree Blvd., Suite 312
Rocklin, California 95765
Telephone:   (916) 444-6000
Facsimile:   (916) 930-6093
Email:       tashachalfant@gmail.com

Attorney for Defendant
CHEVELE RICHARDSON

## UNITED STATES OF DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br><br>CHEVELE RICHARDSON,<br><br>        Defendant. | Case No.:  2:19-CR-0091 MCE<br><br>**STIPULATION AND ORDER RE: TEMPORARY RELEASE FROM CUSTODY TO ATTEND FUNERAL PURSUANT TO 18 U.S.C. § 3142(i)** |

Mr. Richardson, through his counsel of record, and Assistant United States Attorney David Spencer, hereby stipulate that this Court grant Mr. Richardson temporary release pursuant to 18 U.S.C. § 3142(i) on Monday, November 1, 2021 from 10:00 a.m. to 7:00 p.m. to attend a funeral service at Fouche's Hudson Funeral Home and the reception in Hayward.

Mr. Richardson's great-uncle, James W. Powell, passed away on October 15, 2021 from cancer.  This is a person who was very close with Mr. Richardson through the years and was essentially a father-figure.  Mr. Powell was in the US Navy and worked for the City of Oakland until his retirement ten years ago.  He was also a deacon in his church.

- 1 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Mr. Powell acted as a role model to Mr. Richardson while growing up because my client's own father was not around.   Mr. Powell taught Mr. Richardson how to "tie a tie" and allowed Mr. Richardson to live with him for about a year when he turned 18.  Later, Mr. Powell moved nearby Mr. Richardson's mother and as a family they all celebrated birthdays, holidays and other special events together.

There are numerous funeral related events but Mr. Richardson wants to attend only the funeral service on Monday, November 1, 2021, at 12:00 p.m. at Fouche's Hudson Funeral Home at 3665 Telegraph Avenue, Oakland, California and the reception immediately following at Katina Richardson's home (Mr. Richardson's mother) at 24634 Willimet Way, Hayward, California.

Frank W. Huntington, III, the defense investigator, confirmed that he is able to meet Mr. Richardson in the Sacramento Main Jail lobby at 10:30 a.m. and return him to the same location by 7:00 p.m.  While on temporary release, Mr. Richardson will remain in the care, custody and control, and within eyesight of Mr. Huntington.

Mr. Richardson will abide by all laws, and will not consume any alcohol or controlled substance, prescribed or not, during the period of his temporary release.

Mr. Richardson will not meet with any other people during his temporary release other than being with Mr. Huntington and in the presence of those at the service and reception.

All involved parties shall abide by the Center for Disease Control and Prevention's recommended COVID-19 precautions, including social distancing and the use of face masks.

The defense investigator will contact Pretrial Services and the United States Marshals immediately at the phone numbers provided to him by defense counsel should any issue arise during the release period.

Mr. Richardson is requesting to be temporarily released from custody at the Sacramento Main Jail so that he can attend this service for James W. Powell. Specifically, the request is that he be temporarily released on Monday, November 1, 2021, at 10:30 a.m., to the custody of Investigator Frank W. Huntington, III, and return to the Sacramento County Main Jail no later than 7:00 p.m. He would travel from Sacramento Main Jail directly to the service at Fouche's Hudson Funeral Home in Oakland, Katina Richardson's home in Hayward and return to the jail.[1] There would be no other stops than as needed for the restroom and Mr. Richardson to change clothes to the appropriate funeral attire. Mr. Huntington has made arrangements with the family of Mr. Richardson to obtain clothing for him prior to the funeral service.

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, Mr. Richardson, through their attorneys, that Mr. Richardson may be temporarily released from custody as set forth below to attend the burial of James W.

---

[1] Per Investigator Frank W. Huntington, III, it is 80 miles one-way from the Sacramento Main Jail to the Fouche's Hudson Funeral Home, 19 miles to the Willimet address and then 95 miles back to the Sacramento Main Jail.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Powell, on Monday, November 1, 2021, in the third-party custody of Investigator Frank W. Huntington, III.

The parties agree that the Court may order Mr. Richardson temporarily released at 10:30 a.m. on Monday, November 1, 2021, with instructions that he return to the jail by 7:00 p.m. the same day.  The Court shall direct the United States Marshals Service to coordinate Mr. Richardson's release and surrender with the jail as they see fit, within the time frame permitted above.  Mr. Richardson will sign the attached Notice to Defendant Being Released (modified to fit the conditions of this temporary release) which defense counsel will submit to the Courtroom Deputy for filing before November 1, 2021.

Respectfully submitted,

Date: October 27, 2021        */s/Tasha Paris Chalfant*
                              TASHA PARIS CHALFANT
                              Attorney for Defendant
                              CHEVELE RICHARDSON


Date: October 27, 2021        PHILLIP A. TALBERT
                              Acting United States Attorney

                              */s/Tasha Paris Chalfant for*
                              DAVID SPENCER
                              Assistant United States Attorney

- 4 -

**O R D E R**

Pursuant to 18 U.S.C. § 3142(i), Chevele Richardson, is ordered temporarily released from custody at 10:30 a.m. on Monday, November 1, 2021, to Investigator Frank W. Huntington, III, and Chevele Richardson is further ordered to surrender himself to the Sacramento Main Jail by 7:00 p.m. that day.  The United States Marshals Service is directed to make necessary arrangements with Sacramento Main Jail for Mr. Richardson's release and surrender.  Upon temporary release, Mr. Richardson shall remain with the third-party custodian, Investigator Huntington at all times.  Investigator Huntington shall return Mr. Richardson to the Sacramento County Jail by 7:00 p.m. on November 1, 2021.  Investigator Huntington is ORDERED to notify the government and Pretrial Services immediately if Mr. Richardson is non-compliant with the conditions of his release.

Mr. Richardson is ordered to sign the attached Notice to Defendant Being Released and file it with the Court before his release.  All conditions set forth in that notice are hereby ordered.

IT IS SO ORDERED.

Dated:  October 28, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE
JUDGE