PHILLIP A. TALBERT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-00091-DAD |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE JUDGMENT AND SENTENCING |
| v. | |
| CHEVELE BERNARD RICHARDSON, | DATE: May 30, 2023<br>TIME: 9:30 a.m.<br>COURT: Hon. Dale A. Drozd |
| Defendant. | |

**STIPULATION**

By this stipulation, Plaintiff, the United States of America, by and through its attorney of record, Assistant U.S. Attorney David W. Spencer, and Defendant, Chevele Bernard Richardson, by and through his attorney of record, Tasha Chalfant, hereby move to continue the judgment and sentencing hearing currently scheduled for May 30, 2023, at 9:30 a.m., to October 24, 2023, at 9:30 a.m., based on the following:

1. By previous order, the judgment and sentencing hearing was set for May 30, 2023.
2. Additional time is needed for investigation related to sentencing and to complete the PSR process. The parties have consulted with Probation Officer Nisha Modica and she agrees with this request.

3. Accordingly, the parties jointly request that the judgment and sentencing hearing be continued to October 24, 2023, at 9:30 a.m.

4. The parties further request that the Court adopt the following disclosure schedule: Draft Presentence Report ("PSR") due no later than September 12, 2023; informal written objections to the Draft PSR due no later than September 26, 2023; Final PSR due no later than October 3, 2023; Formal Objections due no later than October 10, 2023; Reply or Statement of Non-Opposition due no later than October 17, 2023.

IT IS SO STIPULATED.

Dated:  April 14, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ DAVID W. SPENCER
DAVID W. SPENCER
Assistant United States Attorney

Dated:  April 14, 2023

/s/ Tasha Chalfant
Tasha Chalfant
Counsel for Defendant
CHEVELE BERNARD RICHARDSON

**ORDER**

The date for Judgment and Sentencing is hereby continued from May 30, 2023, to October 24, 2023, at 9:30 a.m.  The Court adopts the following disclosure schedule: Draft Presentence Report ("PSR") due no later than September 12, 2023; informal written objections to the Draft PSR due no later than September 26, 2023; Final PSR due no later than October 3, 2023; Formal Objections due no later than October 10, 2023; Reply or Statement of Non-Opposition due no later than October 17, 2023.

IT IS SO ORDERED.

Dated:  **April 16, 2023**

Dale A. Drozd
UNITED STATES DISTRICT JUDGE