PHILLIP A. TALBERT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-00091-DAD-8 |
| Plaintiff, | STIPULATION TO CONTINUE JUDGMENT AND SENTENCING |
| v. | DATE: October 24, 2023 |
| CHEVELE BERNARD RICHARDSON, | TIME: 9:30 a.m. |
| Defendant. | COURT: Hon. Dale A. Drozd |

**STIPULATION**

By this stipulation, Plaintiff, the United States of America, by and through its attorney of record, Assistant U.S. Attorney David W. Spencer, and Defendant, Chevele Bernard Richardson, by and through his attorney of record, Tasha Chalfant, hereby move to continue the judgment and sentencing hearing currently scheduled for October 24, 2023, at 9:30 a.m., to May 21, 2024, at 9:30 a.m., based on the following:

1. By previous order, the judgment and sentencing hearing was set for October 24, 2023.
2. Additional time is needed for investigation related to sentencing. The parties have consulted with Probation Officer Lynda Moore and she agrees with this request.
3. Accordingly, the parties jointly request that the judgment and sentencing hearing be continued to May 21, 2024, at 9:30 a.m.

4. The parties further request that the Court adopt the following disclosure schedule: Informal written objections to the Draft PSR (ECF No. 325) due no later than April 23, 2024; Final PSR due no later than April 30, 2024; Formal Objections due no later than May 7, 2024; Reply or Statement of Non-Opposition due no later than May 14, 2024.

IT IS SO STIPULATED.

Dated: October 3, 2023                                PHILLIP A. TALBERT
                                                                        United States Attorney

                                                                        /s/ DAVID W. SPENCER
                                                                        DAVID W. SPENCER
                                                                        Assistant United States Attorney

Dated: October 3, 2023                                /s/ Tasha Chalfant
                                                                        Tasha Chalfant
                                                                        Counsel for Defendant
                                                                        CHEVELE BERNARD RICHARDSON

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the date for Judgment and Sentencing is hereby continued from October 24, 2023, to May 21, 2024, at 9:30 a.m. The Court adopts the following disclosure schedule: Informal written objections to the Draft PSR (ECF No. 325) due no later than April 23, 2024; Final PSR due no later than April 30, 2024; Formal Objections due no later than May 7, 2024; Reply or Statement of Non-Opposition due no later than May 14, 2024.

IT IS SO ORDERED.

Dated:   **October 4, 2023**                         _Dale A. Drozd_
                                                                        DALE A. DROZD
                                                                        UNITED STATES DISTRICT JUDGE