PHILLIP A. TALBERT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CHEVELE BERNARD RICHARDSON,<br><br>    Defendant. | CASE NO. 2:19-CR-00091-DAD-8<br><br>STIPULATION TO CONTINUE JUDGMENT AND SENTENCING<br><br>DATE: May 21, 2024<br>TIME: 9:30 a.m.<br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

By this stipulation, Plaintiff, the United States of America, by and through its attorney of record, Assistant U.S. Attorney David W. Spencer, and Defendant, Chevele Bernard Richardson, by and through his attorney of record, Tasha Chalfant, hereby move to continue the judgment and sentencing hearing currently scheduled for May 21, 2024, at 9:30 a.m., to November 5, 2024, at 9:30 a.m., based on the following:

1. By previous order, the judgment and sentencing hearing was set for May 21, 2024.
2. Additional time is needed for investigation related to sentencing. The parties have consulted with Probation Officer Lynda Moore and she agrees with this request.
3. Accordingly, the parties jointly request that the judgment and sentencing hearing be continued to November 5, 2024, at 9:30 a.m.

4. The parties further request that the Court adopt the following disclosure schedule: Informal written objections to the Draft PSR (ECF No. 325) due no later than October 8, 2024; Final PSR due no later than October 15, 2024; Formal Objections due no later than October 22, 2024; Reply or Statement of Non-Opposition due no later than October 29, 2024.

IT IS SO STIPULATED.

Dated: May 16, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ DAVID W. SPENCER
DAVID W. SPENCER
Assistant United States Attorney

Dated: May 16, 2024

/s/ Tasha Chalfant
Tasha Chalfant
Counsel for Defendant
CHEVELE BERNARD RICHARDSON

**ORDER**

The date for Judgment and Sentencing is hereby continued from May 21, 2024, to November 5, 2024, at 9:30 a.m. The Court adopts the following disclosure schedule: Informal written objections to the Draft PSR (ECF No. 325) due no later than October 8, 2024; Final PSR due no later than October 15, 2024; Formal Objections due no later than October 22, 2024; Reply or Statement of Non-Opposition due no later than October 29, 2024.

IT IS SO ORDERED.

Dated: **May 17, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE