TASHA PARIS CHALFANT (SBN 207055)
TASHA PARIS CHALFANT LAW PC
5701 Lonetree Blvd., Suite 312
Rocklin, California 95765
Tel. (916) 444-6100
Fax (916) 930-6093
E-mail: tashachalfant@gmail.com

Attorney for Defendant
CHEVELE BERNARD RICHARDSON

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:19-cr-00091 DAD-8 |
| Plaintiff, | ) STIPULATION REQUESTING TO ADVANCE SENTENCING HEARING WITH NEW DISCLOSURE DATES; FINDINGS AND ORDER |
| v. | ) |
| CHEVELE BERNARD RICHARDSON, | ) |
| Defendant. | ) |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record Assistant United States Attorneys DAVID SPENCER and EMILY SAUVAGEAU, and the Defendant, CHEVELE BERNARD RICHARDSON, by and through his counsel of record TASHA PARIS CHALFANT, hereby stipulate and request that the Court make the following findings and Order as follows:

1. By previous order, this matter was set for sentencing on November 5, 2024.

2. By this stipulation, the defendant now moves to advance the sentencing to October 8, 2024. Plaintiff and probation do not oppose this request.

3. The parties along with probation agree and stipulate, and request that the Court find

STIPULATION AND ORDER TO ADVANCE SENTENCING HEARING
AND SET NEW DISCLOSURE DATES

1

the following new sentencing and disclosure dates:

| | |
|---|---|
| Judgment and Sentencing: | October 8, 2024 |
| Reply, or Statement of Non-Opposition: | October 1, 2024 |
| Formal Objections to the Presentence Report: | September 24, 2024 |
| Final Presentence Report: | September 17, 2024 |
| Counsel's informal objections to PSR: | September 10, 2024 |
| Draft PSR: | Completed |

All counsel has reviewed this proposed order and authorized Tasha Chalfant to sign it on their behalf.

IT IS SO STIPULATED.

Dated:  August 8, 2024        by:    */s/Tasha Chalfant for*
                                     DAVID SPENCER
                                     EMILY SAUVAGEAU
                                     Assistant U.S. Attorneys
                                     Attorneys for Plaintiff

Dated:  August 8, 2024        by:    */s/Tasha Chalfant*
                                     TASHA CHALFANT
                                     Attorney for Defendant
                                     CHEVELE BERNARD RICHARDSON

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.  Based on the stipulation of the parties, the Court orders the new dates as follows:

| | |
|---|---|
| Judgment and Sentencing: | October 8, 2024 |
| Reply, or Statement of Non-Opposition: | October 1, 2024 |
| Formal Objections to the Presentence Report: | September 24, 2024 |
| Final Presentence Report: | September 17, 2024 |
| Counsel's informal objections to PSR: | September 10, 2024 |
| Draft PSR: | Completed |

IT IS SO ORDERED.

Dated:  **August 8, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE